# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

April 1, 2010

Lyle W. Cayce
Clerk

No. 09-10570

BOBBY DON COOK,

Plaintiff-Appellant

v.

TARRANT COUNTY, TEXAS; TOM WILDER, District Clerk of Tarrant
County, Texas

Defendants-Appellees

-------------------------------------------------------------------------------------------------------

Consolidated w/No. 09-10571

PETER HINOJOSA,

Plaintiff-Appellant

v.

TARRANT COUNTY, TEXAS; TOM WILDER, District Clerk of Tarrant
County, Texas

Defendants-Appellees

Appeal from the United States District Court
for the Northern District of Texas-Fort Worth Division
No. 4:08-CV-00316-A

Before JONES, Chief Judge, and BENAVIDES and PRADO, Circuit Judges.

PER CURIAM:[*]

The court has carefully considered these consolidated cases in light of the briefs, oral argument and pertinent portions of the record.  Having done so, we find no reversible error of law or fact and affirm essentially for the reasons stated by the district court.

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.